UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-015M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| OLIVER RAY SLEDGE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:

    Bank Robbery

Date of Detention Hearing:    Initial Appearance January 26, 2006

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant was not interviewed by Pretrial Services.  There is little additional

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

01 information available regarding his personal history, residence, family ties, ties to this District,

02 income, financial assets, liabilities, physical/mental health or controlled substance use if any.

03    (2)    Defendant has a lengthy criminal record of many years that includes prior felonies,

04 including a prior bank robbery for which his supervised release term ended in 2004, following a

05 sentence of 100 months in prison.  He is associated with two alias names.  He has a prior

06 conviction for Attempting to Elude.

07    (3)    Defendant poses a risk of nonappearance due to lack of background information,

08 unknown ties to this District, and his association with alias names.  He poses a risk of danger due

09 to the nature of the current charges and prior criminal history.

10    (4)    There does not appear to be any condition or combination of conditions that will

11 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

12 to other persons or the community.  He will be represented by Michael Filipovic of the Federal

13 Public Defender Office, who may ask for reconsideration of this detention order if additional,

14 material evidence comes to light.

15 It is therefore ORDERED:

16    (1)    Defendant shall be detained pending trial and committed to the custody of the

17        Attorney General for confinement in a correction facility separate, to the extent

18        practicable, from persons awaiting or serving sentences or being held in custody

19        pending appeal;

20    (2)    Defendant shall be afforded reasonable opportunity for private consultation with

21        counsel;

22    (3)    On order of a court of the United States or on request of an attorney for the

Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  26th  day of  January , 2006.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                                                                       15.13
18 U.S.C. § 3142(i)                                                                                                  Rev. 1/91
PAGE 3